# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTONIO TONY MCKIBBINS, | |
| Petitioner-Appellant, | 2:09-cv-437-RLH-GWF |
| vs. | USCA No. 12-15177 |
| BRIAN WILLIAMS, Warden; ATTORNEY GENERAL OF THE STATE OF NEVADA, | |
| Respondents-Appellees. | **ORDER** |

Pursuant to the order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, Anthony Tony McKibbins' motion for appointment of counsel in the appeal from denial of a 28 U.S.C. §2254 petition for writ of habeas corpus was granted (#26). Therefore;

IT IS HEREBY ORDERED that the **Federal Public Defender** (411E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is appointed as counsel to represent petitioner-appellant **Anthony Tony McKibbins**.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED this 22nd day of March, 2012.

Nunc Pro Tunc: March 21, 2012.

_____
ROGER L. HUNT
United States District Judge